STATE EX REL. ZABEL VS. BOARD OF CANVASSERS OF MIL-
WAUKEE COUNTY and others.

*December 11—December 12, 1914.*

*State ex rel. Husting v. Board of State Canvassers, ante,* p. 216,
followed.

MANDAMUS action to compel the *Board of Canvassers of
Milwaukee County* to complete its canvass of the returns
from the various election districts in such county of the re-
sults of the election for county officers held in November,
1914, and to issue certificates of election, evidencing the re-
sult of the canvass, particularly as to the relator, *W. C. Zabel.*

Issue was joined by demurrer to the return.

The reasons given, in the return, for delay are substantially
the same as in *State ex rel. Husting v. Board of State Can-
vassers, ante,* p. 216, 150 N. W. 542, viz. pending proceed-
ings for a recount under the provisions of sec. 86, Stats.

*W. B. Rubin* and *W. C. Zabel,* for the relator.   [No brief
on file.]

*L. G. Wheeler* and *H. S. Sloan,* for the defendants.   [No
brief on file.]

MARSHALL, J.   The question raised in manner aforesaid
is ruled in favor of the plaintiff by the decision in *State ex
rel. Husting v. Board of State Canvassers, ante,* p. 216, 150
N. W. 542, and for the reasons which will be found stated
in the opinion in that case.   Following such decision the
court ordered herein thus:

(1) That the demurrer to the return be sustained, and

(2) That a peremptory writ of *mandamus* issue, return-
able with all convenient speed and not later than Decem-
ber 15, 1914, commanding that said canvassers make the
statement of votes cast for county officers in Milwaukee
county, file the same with the county clerk, and publish the

results, and that the county clerk issue certificates of election thereon, all as provided by secs. 83, 84, and 85, Stats.; and it appearing that the time for efficient recount proceedings has expired, further ordered that all recount proceedings under sec. 86 do now cease.

WINSLOW, C. J., and BARNES, J., dissent.